IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20CR 143 |
| v. | § | Judge |
| | § | |
| BRANDON LEE BLUM (1) | § | |
| JENNIFER KAY BROWN (2) | § | |

**FILED**

JUN 1 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

### INDICTMENT

The United States Grand Jury charges:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with Intent
to Manufacture and Distribute
Methamphetamine)

From in or about September 2018, the exact date of which being unknown to the United States Grand Jury, and continuing up to on or about the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, Defendants,

**BRANDON LEE BLUM
JENNIFER KAY BROWN**

did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1). In violation of 21 U.S.C. § 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offense charged in Count One of this Indictment, the defendants shall forfeit to the United States any cash proceeds that is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense alleged in this Indictment and any property they may have used or intended to be used to commit or facilitate the offense.

A TRUE BILL

_____
FOREMAN

STEPHEN J. COX
UNITED STATES ATTORNEY

_____   Date: 6/10/20
MATTHEW T. JOHNSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:20CR |
| v. | § | Judge |
| | § | |
| BRANDON LEE BLUM (1) | § | |
| JENNIFER KAY BROWN (2) | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. §§ 846, 841(a)(1)

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), the penalty is not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual), the penalty is not less than 5 years and not more than 40 years imprisonment, a fine not to exceed $5 million, or both; supervised release of at least 4 years.

If less than 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine the penalty is not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least 3 years.

Special Assessment: $100.00